**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Scott Michael PATRICK, Defendant–**
**Appellant.**

---

662

United States of America,
Plaintiff–Appellee,

v.

Scott Michael Patrick, Defendant–
Appellant.

Nos. 00–30179, 00–30180.
D.C. Nos. CR–90–00363–MRH,
CR–98–60099–MRH.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 16, 2003.

Before BEEZER, KLEINFELD and
PAEZ, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Michael Scott Patrick appeals his conviction and 210–month sentence imposed after his jury trial for bank robbery, in violation of 18 U.S.C. § 2113(a). Patrick also appeals the revocation of his supervised release and the imposition of 24–month sentence in connection with the revocation.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Patrick has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. The government filed an answering brief suggesting four possible issues, and Patrick has filed a pro

se supplemental brief raising the same issues discussed in the government's brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the judgment of the district court in each of these consolidated appeals is **AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

